THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0092-JCC |
| Plaintiff, | ORDER |
| v. | |
| LUIS CASTILLO-BARRAGAN, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to permit travel (Dkt. No. 499). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and permits Defendant to travel to California for a family vacation to Disney Land between June 18, 2021 and June 28, 2021.

DATED this 11th day of June 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0092-JCC
PAGE - 1