```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

       NOV 02 2021
          AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

Magistrate Judge S. Kate Vaughan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS CASTILLO-BARRAGAN,<br><br>Defendant | NO. CR20-092 JCC<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//

//

//

CONSENT TO RULE 11 PLEA
*United States v. Luis Castillo-Barragan*, CR20-092-JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 2nd day of November, 2021.

_____
LUIS CASTILLO-BARRAGAN
Defendant

_____
JAMES FELDMAN
Attorney for Defendant

APPROVED:

_____
AMY JAQUETTE
Assistant United States Attorney

CONSENT TO RULE 11 PLEA
*United States v. Luis Castillo-Barragan*, CR20-092-JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970