AO (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

United States of America
v.

Luis Castillo-Barragan

*Defendant*

Case No. CR20-092 JCC

FILED ____ LODGED
____ RECEIVED

DEC 10 2021

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Luis Castillo-Barragan, who is accused of an offense or violation based on the following document filed with the court:

_ Indictment          _ Superseding Indictment          _ Information          _ Superseding Information          _ Complaint
**X Pretrial Violation Petition**          _ Supervised Release Violation Petition          _ Violation Notice          _ Order of Court

This offense is briefly described as follows:

Violation of Pretrial Supervised Release

Date: December 6, 2021

*Issuing officer*

City and state: Seattle, WA

Kadya Peter, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12-06-21 ; and the person was arrested on *(date)* 12-09-21 at *(city and state)* Tacoma, WA . |
| Date: 12-09-21 |
| *Arresting officer's signature* |
| DAVID KENLOW    DUSM |
| *Printed name and title* |